IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TERREN SIMPSON and VICTORIA SIMPSON,<br><br>        Plaintiffs,<br>   v.<br>AAPEX FINANCIAL GROUP, INC., et al.,<br><br>        Defendants. | NO. 1:07-CV-01304-AWI-DLB<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS<br><br>ORDER GRANTING MOTION FOR DEFAULT JUDGMENT<br><br>[Doc. 24] |

      On July 21, 2008, Plaintiff filed a motion for default judgment. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 72-302.

      On August 11, 2008, the Magistrate Judge filed Findings and Recommendations that recommended the court grant default judgment. These Findings and Recommendations were served on the parties and contained notice to the parties that any objections to the Findings and Recommendations were to be filed within thirty (30) days. No objections have been filed.

      In accordance with the provisions of 28 U.S.C. § 636 (b)(1)C) this court has conducted a de novo review of this case. See Britt v. Simi Valley Unified School Dist., 708 F.2d 452, 454 (9th Cir. 1983). Having carefully reviewed the entire file, the court finds the Findings and Recommendations to be supported by the record and proper analysis.

Accordingly, it is HEREBY ORDERED that:

1. The Findings and Recommendations filed on August 11, 2008 are ADOPTED IN FULL;

2. Defendants' motion for default judgment is GRANTED; and

3. Plaintiffs are awarded damages in the amount of $68,796.13 as follows:

    a. Out of pocket losses in the amount of $25,000.00;

    b. Statutory damages pursuant to 12 U.S.C. § 2607 (d)(2) in the amount of $40,589.76; and

    c. Attorneys' fees in the amount of $2,825.00, and costs in the amount of $381.37.

IT IS SO ORDERED.

Dated:   November 4, 2008                       /s/ Anthony W. Ishii
                                         CHIEF UNITED STATES DISTRICT JUDGE

vmd

2